UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN THE MATTER OF THE COMPLAINT

-of-

NORTH AMERICAN MARINE & SECURITY SERVICES, LLC as owner of the 47-foot Crew/Work Boat "CHRISTINA" for Exoneration from or Limitation of Liability,

Petitioner.

23 Civ. 8260 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

In an accompanying stipulation and order issued today, the Court lifted the stay previously imposed on the underlying state court action and stayed this action pending resolution of the same. Accordingly, the parties, led by counsel for claimant Steven Worth, are directed to submit a joint status report every three months starting from the date of this order, with the first report due on March 7, 2024, apprising the Court of the status of the state court action and any issues therein bearing on this action.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 7, 2023
       New York, New York