UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE COMPLAINT

-of-

NORTH AMERICAN MARINE & SECURITY SERVICES, LLC as owner of the 47-foot Crew/Work Boat "Christina" for Exoneration from or Limitation of Liability,

Petitioner.

23 Civ. 8260 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

This case is currently stayed pending resolution of the underlying state court action. On December 7, 2023, the Court ordered the parties to submit joint status reports every three months, apprising the Court of the status of the state court action. Dkt. 19. The parties' last status update was filed on November 5, 2025. Dkt. 28. There have been no filings on the docket since.

Accordingly, the parties are directed to file a joint status update by August 14, 2026. Failure to do so may result in dismissal of this action for failure to prosecute, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: August 6, 2026
New York, New York